NUMBER 13-07-571-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


IN RE HUGO XAVIER DE LOS SANTOS


____________________________________________________________


On Petition for Writ of Mandamus

____________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Benavides, and Vela


Per Curiam Memorandum Opinion (1)



 Relator, Hugo Xavier De Los Santos, filed a petition for writ of mandamus and
motion for emergency stay in the above cause on September 19, 2007. Relator
complains that the trial court abused its discretion in setting the amount of a
supersedeas bond at $23,165.14. 

 In the instant case, an appeal of the underlying trial proceedings has been
perfected in this Court in Cause No. 13-07-502-CV. We have jurisdiction over the
appeal and may review the supersedeas bond on a party's motion. See Tex. R. App.
P. 24.4(a). Accordingly, it was unnecessary for relator to file a petition for writ of
mandamus to challenge the supersedeas bond.

 The Court, after due consideration, construes the petition for writ of mandamus
as a motion to review the sufficiency or excessiveness of the amount of security
ordered by the trial court, and transfers said motion to Cause No. 13-07-502-CV,
along with relator's motion for emergency stay. 

 Having done so, the petition for writ of mandamus is DENIED. See Tex. R. App.
P. 52.8(a); In re Union Pac. Res. Co., 969 S.W.2d 427, 428-29 (Tex. 1998) (relator
must show it has no adequate remedy by law). 


 PER CURIAM



Memorandum Opinion delivered and filed

this 19th day of September, 2007.

 


 

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).